**Order entered June 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00721-CR
No. 05-13-00722-CR

**CARL CARVER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-57915-M, F10-57916-M**

## ORDER

The Court has before it appellant's June 10, 2013 motion to appoint counsel. The clerk's records filed in these appeals reflect that appellant was represented by appointed counsel at trial. In each case, appellant was sentenced in open court on December 6, 2012 and filed a pro se notice of appeal on December 19, 2012. The trial court certified that appellant has the right to appeal these cases. Accordingly, we **GRANT** appellant's motion.

We **ORDER** the trial court to appoint counsel to represent appellant in these cases and to file, within **FIFTEEN DAYS** of the date of this order, supplemental records containing the order appointing counsel.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court.

/s/    DAVID EVANS
        JUSTICE